FILED IN OPEN COURT
U.S.D.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

SEP 05 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:12-CR-293 |
| ANTONIO BROWN | : | |
| | : | |

On or about October 25, 2011, in the Northern District of Georgia, the defendant, ANTONIO BROWN, in a matter within the jurisdiction of the executive branch of the government of the United States, that is the Bureau of Alcohol, Tobacco, Firearms and Explosives, did knowingly and willfully make materially false and fictitious statements to a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, namely that he possessed and facilitated the purchase of nine firearms recovered from a vehicle in which ANTONIO BROWN was a passenger on October 25, 2011 for purposes of obstructing justice, in violation of Title 18, United States Code, Section 1001.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JEFFREY A. BROWN
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 088131
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000 (O)
404/581-6181 (F)